IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent, | §<br>§<br>§ | |
| v. | § <br> § | Cr. No. C-07-88<br>C.A. No. C-07-412 |
| PHU NGUYEN,<br>    Defendant-Movant. | §<br>§ | |

### FINAL JUDGMENT DENYING MOTION WITHOUT PREJUDICE

The Court enters final judgment denying without prejudice defendant Phu Nguyen's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 26th day of October, 2007.

_____
Janis Graham Jack
United States District Judge