IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-07-88 |
| | § | C.A. No. C-07-412 |
| PHU NGUYEN, | § | |
| Defendant-Movant. | § | |

## ORDER FOR RESPONDENT TO ANSWER SUPPLEMENTAL GROUNDS

By Order entered November 15, 2007, the Court ordered the government to respond to Defendant Phu Nguyen's motion pursuant to 28 U.S.C. § 2255. (D.E. 38.) On November 30, 2007, the Clerk received from Nguyen a document titled as an "Affidavit." (D.E. 39.) The document contains additional grounds for relief in support of his § 2255 motion. (D.E. 39 at 1.)

The government is hereby ordered to include in its response to Nguyen's § 2255 motion a response to the supplemental grounds for relief set forth in Nguyen's "Affidavit." (D.E. 39.) Again, irrespective of whether the United States argues that any of Nguyen's claims are barred by his waiver, the United States' response shall also address those claims on their merits. (See D.E. 38 at 4.)

Pursuant to Rule 5(d) of the § 2255 Rules, Nguyen may file a reply not later than thirty days after service of the government's answer.

It is so ORDERED this 3rd day of December, 2007.

_____
Janis Graham Jack
United States District Judge

1