# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
|     Plaintiff-Respondent, § | |
| § | |
| v. § | Cr. No. C-07-88 |
| § | C.A. No. C-07-412 |
| PHU NGUYEN, § | |
|     Defendant-Movant. § | |

## ORDER GRANTING MOTION FOR EXTENSION

Pending before the Court is the United States' motion for a 30-day extension of time to respond to Movant Phu Nguyen's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. (D.E. 43.) The motion is GRANTED and the government shall file its response not later than February 14, 2008. Additionally, pursuant to Rule 5(d) of the RULES GOVERNING SECTION 2255 PROCEEDINGS FOR THE UNITED STATES DISTRICT COURTS (2007), Nguyen may file a reply not later than thirty days after service of the government's answer.

It is so ORDERED this 7th day of January, 2008.

                                      _____
                                             Janis Graham Jack
                                        United States District Judge